# UNITED STATES DISTRICT COURT
for the
## MIDDLE DISTRICT OF PENNSYLVANIA

**DAVID J. CATANZARO**

*Plaintiff*

v.

**RITE AID CORPORATION, INC., ET AL.**

*Defendant*

Civil Action No.:
**3:15–CV–00524–MEM**
Hon. Malachy E Mannion

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    SEE COMPLAINT

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) ––– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) ––– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiffs attorney, whose name and address are:

        David J. Catanzaro
        286 Upper Powderly Street
        Carbondale, PA 18407

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MARIA E. ELKINS**

*CLERK OF COURT*

  **s/ – Tanya Scott**

*Signature of Clerk or Deputy Clerk*

**ISSUED ON 2015–03–17 11:08:48.0**, Clerk USDC MDPA

Civil Action No.: **3:15–CV–00524–MEM**

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) _____

was received by me on (date)_____.

☐ I personally served the summons on the individual at (place)_____

_____on (date)_____ ; or

☐ I left the summons at the individuals residence or usual place of abode with (name)_____

_____, a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individuals last known address; or

☐ I served the summons on (name of individual)_____ , who is

designated by law to accept service of process on behalf of (name of organization)_____

_____ on (date) _____; or

☐ I returned the summons unexecuted because_____ ; or

☐ Other (specify) :

My fees are $ _____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.


_____     _____
Date                                                  *Server's Signature*

                                                     _____
                                                     *Printed name and title*


                                                     _____
                                                     *Server's Address*

Additional information regarding attempted service, etc: