# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID J. CATANZARO, | : |
| | : CIVIL ACTION |
| Plaintiff, | : |
| | : |
| v. | : NO. 3:15-CV-00524 |
| | : |
| RITE AID CORPORATION, INC., | : THE HONORABLE |
| MICHAELS STORES, INC., | : MALACHY E. MANNION |
| ANIMAL ADVENTURE, LLC and | : |
| DOES 1 THROUGH 50 | : |
| | : |
| Defendant. | : |

## NOTICE OF APPEARANCE

TO THE CLERK:

    Kindly enter my appearance on behalf of Rite Aid Corporation, identified in the caption as "Rite Aid Corporation, Inc."

Date: May 11, 2015

*s/ Brian P. Downey*
Brian P. Downey (PA 59891)
PEPPER HAMILTON LLP
100 Market Street, Suite 200
Post Office Box 1181
Harrisburg, PA 17108-1181
Telephone: (717) 255-1155
Facsimile: (717) 238-0575
Email: downeyb@pepperlaw.com

Case 3:15-cv-00524-MEM   Document 7   Filed 05/11/15   Page 2 of 2

-2-

# CERTIFICATE OF SERVICE

I, Brian P. Downey, hereby certify that on May 11, 2015, a true and correct copy of the foregoing document was mailed via U.S. First Class mail, postage prepaid to:

David J. Catanzaro
286 Upper Powderly Street
Carbondale, PA  18407

Michaels Stores, Inc.
8000 Bench Branch Drive
Irvin, TX  75063

Animal Adventure, LLC
1114 5th Street
South Hopkins, MN  55343

  *s/    Brian P. Downey*
Brian P. Downey