# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID J. CATANZARO, : | |
| : | CIVIL ACTION |
| Plaintiff, : | |
| : | |
| v. : | NO. 3:15-CV-00524 |
| : | |
| RITE AID CORPORATION, INC., : | THE HONORABLE |
| MICHAELS STORES, INC., : | MALACHY E. MANNION |
| ANIMAL ADVENTURE, LLC and : | |
| DOES 1 THROUGH 50 : | |
| : | |
| Defendant. : | |

## DISCLOSURE STATEMENT PURSUANT TO RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, Defendant Rite Aid Corporation, identified in the caption as "Rite Aid Corporation, Inc.", through its undersigned counsel, states that Rite Aid Corporation is publicly traded and has no parent corporation. No publicly traded corporation owns more than 10% of the outstanding common shares of Rite Aid Corporation.

Date: May 12, 2015                    *s/ Brian P. Downey*
                                      Brian P. Downey (PA 59891)
                                      PEPPER HAMILTON LLP
                                      100 Market Street, Suite 200
                                      Post Office Box 1181
                                      Harrisburg, PA 17108-1181
                                      Telephone: (717) 255-1155
                                      Facsimile: (717) 238-0575
                                      Email: downeyb@pepperlaw.com

-3-

## CERTIFICATE OF SERVICE

      I, Brian P. Downey, hereby certify that on May 12, 2015, a true and correct copy of the foregoing document was mailed via U.S. First Class mail, postage prepaid to:

David J. Catanzaro
286 Upper Powderly Street
Carbondale, PA  18407

Michaels Stores, Inc.
8000 Bench Branch Drive
Irvin, TX  75063

Animal Adventure, LLC
1114 5th Street
South Hopkins, MN  55343

                            *s/     Brian P. Downey*
                            Brian P. Downey