UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DAVID CATANZARO,** : | |
| : | |
| **Plaintiff** : | CIVIL ACTION NO. 3:15-0524 |
| : | |
| **v** : | |
| : | (JUDGE MANNION) |
| **RITE AID CORPORATION, INC.** : | |
| **et al.** : | |
| **Defendants** : | |

# O R D E R

On May 8, 2015 the plaintiff filed a first amended complaint. (Doc. 6). Presently before the court is plaintiff's second amended complaint (Doc. 8). The plaintiff is only allowed to amend his complaint once as a matter of law. Since the plaintiff failed to request leave of court to file the second amended complaint it is **STRICKEN from the record**. (Doc. 8).

*s/ Malachy E. Mannion*
**Malachy E. Mannion**
**United States District Judge**

**Dated:   May 18, 2015**
O:\Mannion\shared\ORDERS - DJ\CIVIL ORDERS\2015 ORDERS\15-0524-02.wpd