# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DAVID CATANZARO,** : | |
| : | |
| **Plaintiff** : | **CIVIL ACTION NO. 3:15-0524** |
| : | |
| v : | |
| : | **(JUDGE MANNION)** |
| **RITE AID CORPORATION, INC.** : | |
| **et al.** : | |
| **Defendants** : | |

## O R D E R

On May 8, 2015 the plaintiff filed a first amended complaint. (Doc. 6). Presently before the court is plaintiff's second amended complaint (Doc. 8) which the court ordered stricken from the record. (Doc. 10). The plaintiff has now filed a third amended complaint. (Doc. 11). This third amended complaint shall be **STRICKEN from the record** for failure of the plaintiff to request leave of court. (Doc. 11).

*s/ Malachy E. Mannion*
**Malachy E. Mannion**
**United States District Judge**

**Dated:   May 18, 2015**
O:\Mannion\shared\ORDERS - DJ\CIVIL ORDERS\2015 ORDERS\15-0524-03.wpd