IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID J. CATANZARO, | : |
| : | CIVIL ACTION |
| Plaintiff, : | |
| : | |
| v. : | NO. 3:15-CV-00524 |
| : | |
| RITE AID CORPORATION, INC., : | THE HONORABLE |
| MICHAELS STORES, INC., : | MALACHY E. MANNION |
| ANIMAL ADVENTURE, LLC and : | |
| DOES 1 THROUGH 50 : | |
| : | |
| Defendant. : | |

**STIPULATION FOR DISMISSAL OF
DEFENDANT RITE AID CORPORATION ONLY
PURSUANT TO FED. R. CIV. P. 41**

Plaintiff David J. Catanzaro and Defendant Rite Aid Corporation, identified in the caption as "Rite Aid Corporation, Inc.," hereby agree pursuant to Federal Rule of Civil Procedure 41 to dismiss with prejudice all claims asserted in this action by Plaintiff as against Rite Aid Corporation only, each party to bear its own costs and fees. This Stipulation shall in no way affect Plaintiff's claims against any defendant other than Rite Aid Corporation.

_____
David J. Catanzaro
286 Upper Powderly Street
Carbondale, PA  18407
Plaintiff *Pro Se*

*s/  Brian P. Downey*_____
Brian P. Downey (PA 59891)
PEPPER HAMILTON LLP
100 Market Street, Suite 200
Post Office Box 1181
Harrisburg, PA 17108-1181
Telephone: (717) 255-1155
Facsimile:  (717) 238-0575
Email:  downeyb@pepperlaw.com

Dated:  May 22, 2015

**IT IS SO ORDERED**:

_____
HON. MALACHY E. MANNION
United States District Court Judge

-3-

## CERTIFICATE OF SERVICE

      I, Brian P. Downey, hereby certify that on May 22, 2015, a true and correct copy of the foregoing document was mailed via U.S. First Class mail, postage prepaid to:

David J. Catanzaro
286 Upper Powderly Street
Carbondale, PA  18407

Michaels Stores, Inc.
8000 Bench Branch Drive
Irvin, TX  75063

Animal Adventure, LLC
1114 5th Street
South Hopkins, MN  55343

                      *s/     Brian P. Downey*
                      Brian P. Downey