THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

DAVID J. CATANZARO,

VS.

Case No. 3:15-cv-00524

MICHAELS STORES, INC.,
ANIMAL ADVENTURE, LLC,
and DOES 1 THROUGH 50

**FILED
SCRANTON**

JUN 1 7 2015

Per_____
DEPUTY CLERK

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff David J. Catanzaro hereby dismisses its complaint without prejudice, pursuant to
Rule41(a) of the rules of Civil Procedure, defendants not having answered or otherwise
appeared.

Respectfully submitted,

David J. Catanzaro
Plaintiff *pro se*
286 Upper Powderly Street
Carbondale, PA 18407
Phone: (570) 282-4889
E-mail: davidjosephus@aol.com